1029

[No. 34621-1-I.    Division One.    January 22, 1996.]

RICHARD M. HADDOX, *Appellant*, v. SNELSON
COMPANIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-com County, No. 92-2-00869-2, Steven J. Mura, J., entered April 12, 1994. *Affirmed* by unpublished opinion per Thorpe, J. Pro Tem., concurred in by Webster and Cox, JJ.


[No. 34628-8-I.    Division One.    January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
CHARLES BARTRAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-08307-2, John M. Darrah, J., entered April 29, 1994. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Cox and Ellington, JJ.


[No. 34726-8-I.    Division One.    January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
EDWARD SMITHSON, *Appellant*.

Appeal from judgments of the Superior Court for Sno-homish County, No. 94-1-00183-8, John F. Wilson and James F. Allendoerfer, JJ., entered May 10 and June 3, 1994. *Affirmed* by unpublished opinion per Thorpe, J. Pro Tem., concurred in by Cox and Ellington, JJ.


[No. 34763-2-I.    Division One.    January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
DEVELLE HORNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01027-8, Faith Enyeart Ireland, J., entered June 6, 1994. *Affirmed* by unpublished opinion per Thorpe, J. Pro Tem., concurred in by Cox and Ellington, JJ.